No. 86–615.   BROWN v. BROWN.   Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 86–619.   ALLEN v. CHILTON CO., DIVISION OF A. B. C., INC.   C. A. 3d Cir.   Certiorari denied.

No. 86–623.   SCHAAFSMA v. FLORIDA.   Dist. Ct. App. Fla., 4th Dist.   Certiorari denied.

No. 86–626.   TRENT ET AL. v. CODMAN & SHURTLEFF, INC., ET AL.   Ct. App. Ohio, Franklin County.   Certiorari denied.

No. 86–630.   CUMMINGS, A MINOR, BY HER GUARDIAN AD LITEM, TECHMEIER, ET AL. v. BRIGGS & STRATTON RETIREMENT PLAN ET AL.   C. A. 7th Cir.   Certiorari denied.

No. 86–635.   HOGUE v. CLINTON, GOVERNOR OF ARKANSAS, ET AL.   C. A. 8th Cir.   Certiorari denied.

No. 86–638.   CLARK OIL & REFINING CORP. v. GO-TANE SERVICE STATIONS, INC.   Temp. Emerg. Ct. App.   Certiorari denied.

No. 86–639.   DAIGLE v. GULF STATES UTILITY CO. ET AL.   C. A. 5th Cir.   Certiorari denied.

No. 86–645.   HOLDEN v. OWENS-ILLINOIS, INC.   C. A. 6th Cir.   Certiorari denied.

No. 86–657.   MALACHOWSKI ET UX. v. CITY OF KEENE ET AL.   C. A. 1st Cir.   Certiorari denied.

No. 86–662.   NATIVE VILLAGE OF NENANA v. ALASKA DEPARTMENT OF HEALTH AND SOCIAL SERVICES.   Sup. Ct. Alaska. Certiorari denied.

No. 86–665.   STONE, INDIVIDUALLY AND AS SPECIAL ADMINISTRATRIX OF THE ESTATE OF STONE, ET AL. v. PARADISE HOLDINGS, INC., ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 86–687.   MERTZ v. MARSH, SECRETARY OF THE ARMY.   C. A. 11th Cir.   Certiorari denied.